IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| ANTHONY HAMMOND MURPHY, | ) |
| Plaintiff | ) |
| | ) CASE NO. 1:23-cv-00063 |
| vs. | ) |
| | ) RICHARD A. LANZILLO |
| SPIRIT AIRLINES INC., | ) Chief United States Magistrate Judge |
| | ) |
| Defendant | ) ORDER STAYING AND |
| | ) ADMINISTRATIVLY CLOSING CASE |

The parties recently participated in a mediation conference pursuant to the mandatory alternative dispute obligation of this Court's local rules. Following the mediation conference, the mediator, Lisa Pupo Lenihan, notified the Court that the parties intend to continue their negotiations and request that this matter be stayed for a period of sixty (60) days to facilitate their continuing discussions. *See* ECF No. 44, p. 2. Accordingly, the Clerk of this Court is hereby directed to mark this case as **STAYED** and **ADMINISTRATIVELY CLOSED** as of today's date. Any court deadlines previously imposed are hereby suspended. Nothing contained in this Order shall be considered a dismissal or disposition of this case. *See Freeman v. Pittsburgh Glass Works, LLC*, 709 F.3d. 240, 246 (3d Cir. 2013) ("Federal Courts have long distinguished dismissals from administrative closings."). The Court expressly retains jurisdiction of this matter to consider any issue that may arise during the parties' ongoing discussions. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994); *Orbital Engineering, Inc., v. Buchko*, 2022 WL 1062304, at *1 (W.D. Pa. Apr. 8, 2022).

Counsel for the parties are **ORDERED** to file a joint status report updating the Court on the status of their discussions on or before **Friday, June 14, 2024**.

So ORDERED this 15th day of April, 2024.

BY THE COURT:

_____
RICHARD A. LANZILLO
CHIEF UNITED STATES MAGISTRATE JUDGE