IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERIE DIVISION

| | |
|---|---|
| ANTHONY HAMMOND MURPHY,<br><br>                Plaintiff,<br><br>v.<br><br>SPIRIT AIRLINES, INC.,<br><br>                Defendant. | Case No. 1:23-cv-00063-SPB-RAL |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Anthony Hammond Murphy ("Plaintiff") and Defendant Spirit Airlines, Inc. ("Defendant"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiff and Defendant; and

2. Each Party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Respectfully Submitted,

**Counsel for Plaintiff:**

/s/ *Kevin W. Tucker*

Lawrence H. Fisher
Pa. No. 67667
One Oxford Centre
301 Grant Street, Suite 270
Pittsburgh, PA 15219
Tel. (412) 577-4040
lawfirst@lawrencefisher.com
Tel. (412) 577-4040

**Counsel for Defendant:**

/s/ *Jonathan E. DeMay*

Jonathan E. DeMay*
(NY Registration No. 2962959)
Constantine J. Petallides*
(NY Registration No. 5452206)
Condon & Forsyth LLP
7 Times Square – 18th Floor
New York, NY 10036
Tel: (212) 490-9100
Fax: (212) 370-4453
jdemay@condonlaw.com

1

| | |
|---|---|
| Kevin W. Tucker (He/Him)<br>Kevin J. Abramowicz (He/Him)<br>Chandler Steiger (She/Her)<br>Stephanie Moore (She/Her)<br>EAST END TRIAL GROUP LLC<br>6901 Lynn Way, Suite 215<br>Pittsburgh, PA 15208<br>Tel. (412) 877-5220<br>Fax. (412) 626-7101<br>ktucker@eastendtrialgroup.com<br>kabramowicz@eastendtrialgroup.com<br>csteiger@eastendtrialgroup.com<br>smoore@eastendtrialgroup.com<br><br>Counsel for Plaintiff | *Admitted pro hac vice<br><br>The Levicoff Law Firm, P.C.<br>Edward I. Levicoff (Pa. I.D. #200108)<br>4 PPG Place, Suite 200<br>Pittsburgh, PA 15222<br>Tel: 412-434-5200<br>elevicoff@Levicofflaw.com<br><br>Counsel for Defendant<br>Spirit Airlines, Inc. |

Dated: <u>October 31, 2024.</u>

**SO ORDERED:**

*Susan Paradise Baxter*

2